RG 3171371/ EV1

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | |
|---|---|
| **Artisan And Truckers Casualty Company** ) | CASE NO. 2:25-cv-22 / 25-22 _____ |
| As Subrogee of Maria Loa ) | |
| 300 N. Commons Blvd ) | |
| Mayfield Village, OH 44143-1589 ) | **JUDGE**:_____ |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | **PLAINTIFF'S COMPLAINT** |
| **United States of America** ) | |
| Serve:  Pamela Bondi, ) | |
|   U. S. Attorney General ) | |
|   950 Pennsylvania Avenue, NW ) | |
|   Washington, DC 20229 ) | |
| ) | |
| _____ ) | |

Plaintiff, by and through counsel, and for its Complaint against Defendant, states the following:

### *Jurisdiction*

1. This Court has jurisdiction over this Civil Action pursuant to the Federal Tort Claims Act, 28 U.S.C. 1346 since it arises from the conduct of Ryan J. Price ("Price"), an employee of the Department of Homeland Security ("DHS") branch of Defendant United States of America, who was acting in the course and scope of his employment.

### *Venue*

2. Venue is proper in this District because the automobile accident from which this Civil Action arises occurred in the Texas, specifically in the area of Hwy US 277 at Chaparral Run in Maverick County, Texas.

RG 3171371/ EV1

## *Facts*

3. At all times relevant hereto, Plaintiff, Artisan And Truckers Casualty Company ("Artisan"), provided an automobile insurance policy to its insured, Maria Loa ("Loa").

4. On or about December 10, 2022, while in the course and scope of his employment with the DHS, Price was operating a motor vehicle owned by the DHS on US 277 in Maverick County, Texas.

5. While operating said vehicle, Price negligently caused a collision with a vehicle owned by Loa.

6. As a direct and proximate result of Price's negligence, Loa's vehicle was damaged.

7. The aforesaid incident was the proximate result of Price's negligence and was not caused in any way by the actions or inactions of Loa or any third party.

8. Pursuant to its insurance policy with Loa, Plaintiff was obligated to, and did, pay the sum of $12,209.22 to or on behalf of Loa, who sustained the $500.00 deductible.

9. Defendant is vicariously liable for the negligence of Price, who was acting within the course and scope of his employment with Defendant and in furtherance of the Defendant's business.

10. On or about June 28, 2023, Plaintiff presented a Demand Letter for damages to Defendant DHS pursuant to the terms of the Federal Tort Claims Act (28 U.S.C. 2675). *See* Exhibit A.

11. Upon information and belief, the DHS has not accepted or rejected this claim.

RG 3171371/ EV1

12. Plaintiff, pursuant to its subrogation rights, seeks the sum of $12,709.22 from Defendant.

WHEREFORE, Plaintiff request Judgment against Defendant in the amount of $12,709.22 with statutory interest from the date of judgment plus costs of this action.

Respectfully submitted,

RATHBONE GROUP, LLC


By: _____
Jessica R. Lobes / SBN 24083405
5930 Royal Lane, Ste E #515
Dallas, TX 75230-3896
800-870-5521
216-298-4495 [fax]
JLobes@Rathbonegroup.com
Counsel for Plaintiff